JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 13-4659 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Ronald Dolecki, aka Ronald E. Dolecki, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Ronald Dolecki, aka Ronald E. Dolecki, in the principal amount of $2,669.00 plus interest accrued to June 19, 2013, in the sum of $2,642.72; with interest accruing thereafter at the daily rate of $0.28 until entry of judgment, penalties in the amount of $3,600.00, for a total amount of **$8,911.72**.

DATED: JULY 16, 2014          By: _____
                                  TERRY NAFISI
                                  Clerk of the Court

                                  _Yvette Loris_ (signature)
                                  Deputy Clerk
                                  United States District Court